NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 15a0792n.06

No. 15-5522

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

FILED
Dec 04, 2015
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| ALICIA WILLIAMS, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE |
| | ) | UNITED STATES DISTRICT |
| STEAK 'N SHAKE, INC., | ) | COURT FOR THE WESTERN |
| | ) | DISTRICT OF KENTUCKY |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

Before: GRIFFIN and KETHLEDGE, Circuit Judges; CLELAND, District Judge.[*]

KETHLEDGE, Circuit Judge. This is an appeal in which the appellant does not purport to identify any error by the district court. Alicia Williams worked for Steak 'N Shake for almost seven years. Eventually they fired her. She brought this lawsuit pro se, asserting claims under the Americans with Disabilities Act, 42 U.S.C. § 12112, and state law. The district court granted summary judgment to Steak 'N Shake on all of Williams's claims because she had no evidence to support them. Now represented by counsel on appeal, Williams does not identify any specific error by the district court or even describe the actual proceedings below. Instead her brief to this court is a meditation upon the putative injuries that court rules and procedures inflict upon pro se litigants. Williams therefore provides us with no lawful basis upon which to grant her relief.

The district court's judgment is affirmed.

---

[*] The Honorable Robert H. Cleland, United States District Judge for the Eastern District of Michigan, sitting by designation.